NO. 07-02-0211-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

MAY 28, 2002

_____

EX PARTE ROBERT RORY HOHN

_____

FROM THE 108TH DISTRICT COURT OF POTTER COUNTY;

NO. 87,717-E; HONORABLE ABE LOPEZ, JUDGE

_____

Before BOYD, C.J., and REAVIS and JOHNSON, JJ.

Relator Robert Rory Hohn filed a timely pro se notice of appeal from the trial court's order of dismissal dated April 24, 2002. However, he has now filed a motion to dismiss the appeal, which he has personally signed.

Because the motion to dismiss meets the requirements of Rule of Appellate Procedure 42.1(a), it must be and hereby is granted. Having dismissed the appeal at

relator's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

Per Curiam

Do not publish.